# Workers' Compensation Deductible Invoice

Claims with date of injury of 1/29/09 and earlier
Due on Receipt

**Park Avenue Property & Casualty Insurance Company**  **Date:** 10/31/2009
**460 Park Avenue, 13th Floor**  **Invoice No:** PAI-54
**New York City, NY 10022**

**Billed To:** Staffing Concepts International
2435 Technology Center Parkway
Lawrenceville, GA 30043

| Date | Description of Services | | Amount |
|---|---|---|---|
| 09/30/09 | (+) September Inception-to-Date Incurred Claims Total (Column T) | | $ 19,341,771.37 |
| 10/31/09 | (+) Change to Incurred Claims 10/01/09 - 10/31/09 (Column U) | | 29,511.41 |
| 10/31/09 | (=) Total Incurred Claims as of 10/31/09 (Column V) | | 19,371,282.78 |
| | Cash Received as of 11/06/09 | | (17,650,790.68) |
| | *Unpaid from Previous Invoice:* | *$1,690,980.69* | |
| | Payment Now Due: | | $ 1,720,492.10 |

Incurred Claims by Policy Year (per loss runs)

| | As of 09/30/09 | Cur Mo Activity | As of 10/31/09 | Cash ITD | Net Outstanding |
|---|---|---|---|---|---|
| PY03 (Paids only) | 10,349,223.58 | 3,757.05 | 10,352,980.63 | | |
| PY04 | 2,611,945.50 | 5.58 | 2,611,951.08 | | |
| PY05 | 1,541,920.60 | 1.86 | 1,541,922.46 | | |
| PY06 | 1,869,653.69 | (16,744.37) | 1,852,909.32 | | |
| PY07 | 1,784,742.61 | 33,937.94 | 1,818,680.55 | | |
| PY08 | 1,184,285.39 | 8,553.35 | 1,192,838.74 | | |
| | 19,341,771.37 | 29,511.41 | 19,371,282.78 | (17,650,790.68) | 1,720,492.10 |

Printed: 11/8/2009

**Receiver 020513**