

# Workers' Compensation Deductible Invoice

Claims with date of injury of 1/30/09 and later

Due on Receipt

| | |
|---|---|
| **Imperial Casualty and Indemnity Company** | **Date:** 4/30/2010 |
| **8000 Warren Parkway, Suite 300** | **Invoice No:** ICIC-60 |
| **Frisco, TX  75034** | |
| **(214) 618-6900** | |

**Billed To:**  Staffing Concepts International
2435 Technology Center Parkway
Lawrenceville, GA 30043

| Date | | Description of Services | Amount | |
|---|---|---|---|---|
| 03/31/10 | (+) | March Inception-to-Date Incurred Claims Total (Column T) | $ | 1,205,625.02 |
| 04/30/10 | (+) | Change to Incurred Claims 04/01/10 - 04/30/10 (Column U) | | 13,514.84 |
| 04/30/10 | (=) | Total Incurred Claims as of 04/30/10 (Column V) | | 1,219,139.86 |
| | [a] | Cash Received as of 05/10/10 | | (522,570.15) |
| | | *Unpaid from Previous Invoice:*        $683,054.87 | | |
| | | Payment Now Due: | $ | 696,569.71 |

*Notes:*    [a]   Includes 2009 PHI Dividend and Interest totaling $142,790.37.

Printed: 5/14/2010