# May 2006 Deductible Invoice

**Providence Property and Casualty Insurance Company**
**Imperial Casualty and Indemnity Company**
**8000 Warren Parkway Building # 3, Suite 300**
**Frisco, TX 75034**

**(214) 618-6900**  **Date:** 5/31/2006

**Billed To:** **NAME** Staffing Concepts International
**ADDRESS** 1140 Peachtree Road, Suite D
**CITY, STATE, ZIP** Duluth, GA 30097-5105

| Date | Description of Services | Amount |
|---|---|---|
| 4/30/2006 | (+) 4/30/06 Ending Balance Due (2003 Paid+2004 Inc+ 2005 Inc) | $11,528,410.91 |
| 5/31/2006 | (+) Change / Increase to 2003 Paid Claims 5/1/06 - 05/31/06 | $139,988.15 |
| 5/31/2006 | (+) Change / Increase to 2004 Incurred Claims as of 05/01/06 - 05/31/06 | **($9,448.32)** |
| 5/31/2006 | (+) Change / Increase to 2005 Incurred Claims as of 05/01/06 - 05/31/06 | $231,628.79 |
| 5/31/2006 | (+) Change / Increase to 2006 Incurred Claims as of 05/01/06 - 05/31/06 | $38,427.00 |
| 5/31/2006 | (=) **Claims Due Grand Total:** | $11,929,006.53 |
| 5/31/2006 | **Cash Received as of 05/31/06** | $9,257,593.16 |
| 5/31/2006 | **Credit per agreement (10 payments remaining of 12 @ $183,333.33 per payment)** | $1,833,333.30 |
| 5/31/2006 | **Total Cash and Credits:** | $11,090,926.46 |
| 5/31/2006 | *Total Unpaid from Previous Invoices:* | $437,484.47 |
| 5/31/2006 | **Total owed for May 2006 = Claims Due Grand Total - Total Cash and Credits:** | $838,080.07 |
| | *Summary report included* | |
| | **Due Upon Receipt** <u>**Please make payment payable to and mail to**</u>: Providence Property & Casualty Insurance Company 8000 Warren Parkway Building # 3, Suite 300 Frisco, TX 75034 **\*\*Funds can be wired to Providence account in OK** | |
| *We appreciate your business!* | ***TOTAL AMOUNT DUE*** | $838,080.07 |

PPC use only       13

**Receiver 020523**