# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *ex rel.* JOHN DOAK, INSURANCE COMMISSIONER, AS RECEIVER FOR PARK AVENUE PROPERTY & CASUALTY INSURANCE COMPANY<br><br>AND<br><br>STATE OF OKLAHOMA, *ex rel.* JOHN DOAK, INSURANCE COMMISSIONER, AS RECEIVER FOR IMPERIAL CASUALTY<br><br>AND INDEMNITY COMPANY,<br><br>                Plaintiffs,<br>vs.<br><br>STAFFING CONCEPTS INTERNATIONAL, INC.,<br><br>                Defendant. | Case No. 5:12-cv-00409-C |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs State of Oklahoma, *ex. rel.*, John Doak, Insurance Commissioner, as Receiver for Park Avenue Property & Casualty Insurance Company and as Receiver for Imperial Casualty and Indemnity Company, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Court's September 16, 2014, Order and Judgment (Doc. No. 149) entered pursuant to and incorporating, among other rulings and stipulations, the Court's Memorandum Opinion and Order (Doc. No. 133) granting, in part, Defendant Staffing Concepts International, Inc.'s Motion for

Partial Summary Judgment (Dkt. No. 96) and denying the Plaintiffs' Motion for Summary Judgment (Doc. No. 99).

        Respectfully submitted,

        **NEWTON, O'CONNOR, TURNER & KETCHUM, P.C.**

        */s/ Gregory P. Reilly*
        John M. O'Connor, OBA No. 6741
        Patrick H. Kernan, OBA No. 4983
        Gregory P. Reilly, OBA No. 22284
        15 West Sixth Street, Suite 2700
        Tulsa, Oklahoma   74119-5423
        Telephone: 918-587-0101
        Facsimile: 918-587-0102

        **ATTORNEYS FOR PLAINTIFF, STATE OF OKLAHOMA,** *ex rel.* **JOHN DOAK, INSURANCE COMMISSIONER**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2014, a true and correct copy of the above and foregoing instrument was electronically transmitted to the Clerk of the Court using the ECF system for filing and transmittal of notice of electronic filing to the following ECF registrants:

Leif E. Swedlow, Esq.

*/s/ Gregory P. Reilly*
Gregory P. Reilly