FILED
United States Court of Appeals
Tenth Circuit

January 9, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

―――――――――――――――――――――――

STATE OF OKLAHOMA, EX REL.
JOHN DOAK, Insurance Commissioner, as
Receiver for Park Avenue Property &
Casualty Insurance Company and Imperial
Casualty and Indemnity Company,

    Plaintiffs - Appellants,

v.                                                                              No. 14-6202

STAFFING CONCEPTS
INTERNATIONAL, INC.,

    Defendant - Appellee.

―――――――――――――――――――――――

**ORDER**

―――――――――――――――――――――――

    This matter is before the court on appellants' "Motion to Certify Questions of Law to Oklahoma Supreme Court." The motion is referred to the panel who will decide this appeal on the merits.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk