**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

**February 4, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

STATE OF OKLAHOMA, EX REL.
JOHN DOAK, Insurance Commissioner, as
Receiver for Park Avenue Property &
Casualty Insurance Company and Imperial
Casualty and Indemnity Company,

      Plaintiff - Appellant,

v.

STAFFING CONCEPTS
INTERNATIONAL, INC.,

      Defendant - Appellee.

---------------------------------

ALABAMA INSURANCE GUARANTY
ASSOCIATION; COLORADO
INSURANCE GUARANTY
ASSOCIATION; FLORIDA WORKERS
COMPENSATION INSURANCE
GUARANTY ASSOCIATION;
GEORGIA INSURERS INSOLVENCY
POOL; HAWAII INSURANCE
GUARANTY ASSOCIATION; ILLINOIS
INSURANCE GUARANTY
ASSOCIATION; NORTH CAROLINA
INSURANCE GUARANTY
ASSOCIATION; OKLAHOMA
PROPERTY & CASUALTY
INSURANCE GUARANTY
ASSOCIATION; SOUTH CAROLINA
PROPERTY & CASUALTY
INSURANCE GUARANTY
ASSOCIATION; TENNESSEE
INSURANCE GUARANTY
ASSOCIATION; TEXAS PROPERTY &

No. 14-6202
(D.C. No. 5:12-CV-00409-C)
(W.D. Okla.)

CASUALTY INSURANCE GUARANTY
ASSOCIATION; WISCONSIN
INSURANCE SECURITY FUNDS,

    Amici Curiae.

_____

## ORDER
_____

Before **KELLY**, **LUCERO**, and **PHILLIPS**, Circuit Judges.

_____

    The stipulation filed by the parties to dismiss the captioned appeal is granted.

Each party shall bear its own costs.

    A copy of this order shall stand as and for the mandate of this court.

                              Entered for the Court

                              *Elisabeth A. Shumaker*

                              ELISABETH A. SHUMAKER, Clerk