# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 4, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

Ms. Kirsten Marisol Castaneda
Locke Lord
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-0000

Ms. Margaret Schuchardt
Mr. Rowe W. Snider
Locke Lord
111 South Wacker Drive
Chicago, IL 60606

Mr. Patrick H. Kernan
Mr. John Michael O'Connor
Mr. William Walker O'Connor
Mr. Jon M. Payne
Mr. Gregory P. Reilly
Mr. Keith A. Wilkes
Newton, O'Connor, Turner & Ketchum
15 West Sixth Street, Suite 2700
Tulsa, OK 74119

Mr. Leif Swedlow
Andrews Davis
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102

**RE:**     14-6202, State of OK ex rel. Doak v. Staffing Concepts Int'l
             Dist/Ag docket: 5:12-CV-00409-C

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/sls