# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *ex rel.* JOHN DOAK, INSURANCE COMMISSIONER, AS RECEIVER FOR PARK AVENUE PROPERTY & CASUALTY INSURANCE COMPANY<br><br>AND<br><br>STATE OF OKLAHOMA, *ex rel.* JOHN DOAK, INSURANCE COMMISSIONER, AS RECEIVER FOR IMPERIAL CASUALTY AND INDEMNITY COMPANY,<br><br>                                       Plaintiffs,<br>vs.<br><br>STAFFING CONCEPTS INTERNATIONAL, INC.,<br><br>                                       Defendant. | Case No. 5:12-cv-00409-C |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(ii), Plaintiff State of Oklahoma, ex rel. John Doak, Insurance Commissioner, as Receiver for Park Avenue Property & Casualty Insurance Company and Imperial Casualty and Indemnity Company, and Defendant Staffing Concepts International, Inc., through their undersigned counsel of record, respectively, hereby stipulate to a dismissal of all claims, counterclaims, and the parties' respective causes of action in the above styled and numbered case with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**NEWTON, O'CONNOR, TURNER & KETCHUM, P.C.**

*/s/ Gregory P. Reilly*
John M. O'Connor, OBA No. 6741
Patrick H. Kernan, OBA No. 4983
Gregory P. Reilly, OBA No. 22284
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma  74119-5423
Telephone: 918-587-0101
Facsimile: 918-587-0102

**ATTORNEYS FOR PLAINTIFFS PARK AVENUE PROPERTY & CASUALTY INSURANCE COMPANY AND IMPERIAL CASUALTY AND INDEMNITY COMPANY BY AND THROUGH THEIR RECEIVER, STATE OF OKLAHOMA, ex rel. JOHN DOAK, INSURANCE COMMISSIONER**

And

*/s/ Leif E. Swedlow\**
Leif E. Swedlow, OBA #17710
**ANDREWS DAVIS, P.C.**
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: 405-272-9241
Facsimile: 405-235-8786
leswedlow@andrewsdavis.com

**ATTORNEYS FOR DEFENDANT STAFFING CONCEPTS INTERNATIONAL, INC.**

\*Signed By filing attorney with permission.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 5th day of February, 2016, a true and correct copy of the above and foregoing instrument was electronically transmitted to the Clerk of the Court using the ECF system for filing and transmittal of notice of electronic filing to the following ECF registrants:

  Leif E. Swedlow, Esq.

               */s/ Gregory P. Reilly*
               Gregory P. Reilly